NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IN RE MSTG, INC.,**
*Petitioner.*

---

Miscellaneous Docket No. 996

---

On Petition for Writ of Mandamus to the United States District Court for the Northern District of Illinois in case no. 08-CV-7411, Judge Edmond E. Chang.

---

## ON PETITION

---

Before RADER, *Chief Judge*, DYK, and MOORE, *Circuit Judges.*

DYK, *Circuit Judge.*

## ORDER

MSTG, Inc. submits a petition for rehearing en banc. The petition is before this panel pursuant to Internal Operating Procedure # 14(2)(a), which states that a petition for rehearing en banc which does not also include a petition for panel rehearing shall nonetheless first be transmitted to the panel that heard the case.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The panel denies the petition to the extent MSTG seeks panel rehearing of the order denying its petition for a writ of mandamus.

(2) The petition shall be circulated to the full court for its review along with a copy of this order.

FOR THE COURT

**MAY 1 7 2012**
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Christopher J. Lee, Esq.
    David T. Pritikin, Esq.
    Clerk, United States District Court Northern District
Of Illinois

s19

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY 1 7 2012

JAN HORBALY
CLERK